No. 10-696. Monica Johnson, Petitioner v. City of Memphis, Tennessee, et al.

562 U.S. 1218, 131 S. Ct. 1478, 179 L. Ed. 2d 302, 2011 U.S. LEXIS 1417.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 617 F.3d 864.